# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Tschernjawski,<br><br>　　　　　　Plaintiff,<br>v.<br>Midland Credit Management, Inc.,<br><br>　　　　　　Defendant. | CASE NO. 3:20-CV-00645-LAB-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE [DKT. 11]** |

The parties' Joint Motion for Dismissal, Dkt. 11, shows good cause to dismiss this action with prejudice. The Court **GRANTS** that motion and dismisses the action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 22, 2020

**Hon. Larry Alan Burns**
Chief United States District Judge